UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Toni Handy,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>J.C. Christensen & Associates, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.:  1:14-cv-01459-JKB<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.


Dated: June 9, 2014

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By    /s/ Sergei Lemberg
　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 9, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and a copy of the foregoing was served via electronic delivery to the following:

Michael A. Klutho, Esq.
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3707
mklutho@bassford.com

             By /s/ Sergei Lemberg

              Sergei Lemberg