# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Toni Handy, | : |
| | : |
| | : Civil Action No.:  1:14-cv-01459-JKB |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| J.C. Christensen & Associates, Inc.; and DOES | : |
| 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Toni Handy ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 24, 2014

Respectfully submitted,
By /s/ Sergei Lemberg, Esq.
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and a copy of the foregoing was served via electronic delivery to the following:

Michael A. Klutho, Esq.
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3707
mklutho@bassford.com

By  /s/ Sergei Lemberg

Sergei Lemberg